## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brian E. Kopta dba Tall Pine Builders | |
|        Christine E. Kopta | |
|             Debtors | CHAPTER 13 |
| | |
| Nationstar Mortgage LLC, its successors and/or assigns | |
|             Moving Party | |
|     vs. | NO. 11-11452 TPA |
| Brian E. Kopta dba Tall Pine Builders | |
| Christine E. Kopta | |
|             Debtors | |
| | |
| Ronda J. Winnecour | 11 U.S.C. Section 362 |
|             Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Notice of Mortgage Payment Change  of Nationstar Mortgage LLC, which was filed with the Court on or about **6/10/2016**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorney ID# 205047
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

July 26, 2016