FILED
7/28/16 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian E. Kopta dba Tall Pine Builders<br>Christine E. Kopta<br>  Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC, its successors and/or assigns<br>  Moving Party<br>vs.<br>Brian E. Kopta dba Tall Pine Builders<br>Christine E. Kopta<br>  Debtors<br>Ronda J. Winnecour<br>  Trustee | NO. 11-11452 TPA<br><br>Rel to Doc No. 58<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Notice of Mortgage Payment Change of Nationstar Mortgage LLC, which was filed with the Court on or about **6/10/2016**.

Respectfully submitted,

SO ORDERED
July 28, 2016
The order at Doc No. 59 is hereby VACATED.

/s/ Ronda␣␣␣␣␣␣␣␣
ljm

July 26, 2016

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorney ID# 205047
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Brian E Kopta
Christine E Kopta
       Debtors

Case No. 11-11452-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: jbre     Page 1 of 1     Date Rcvd: Jul 28, 2016
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.
db/jdb       +Brian E Kopta,   Christine E Kopta,   102 North Street,   Cochranton, PA 16314-9708
aty          +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Beth L. Slaby    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
       aporter@clarkhill.com
           Daniel P. Foster    on behalf of Debtor Brian E Kopta dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
           Daniel P. Foster    on behalf of Joint Debtor Christine E Kopta dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
           David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
       mcupec@grenenbirsic.com
           Mark G. Claypool    on behalf of Creditor    Northwest Savings Bank mclaypool@kmgslaw.com,
       knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
           Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                               TOTAL: 9