**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 11-11452-TPA |
| | : | |
| **Brian E Kopta and** | : | CHAPTER 13 |
| **Christine E Kopta,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Brian E Kopta,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **General Electric Company,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 26, 2016     By: /s/ Clarissa Bayhurst
                                    CLARISSA BAYHURST, PARALEGAL
                                    FOSTER LAW OFFICES
                                    Po Box 966
                                    Meadville, PA 16335
                                    Tel 814.724.1165
                                    Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

**GENERAL ELECTRIC COMPANY**
**PO BOX 60300**
**FORT MYERS FL 33906**