IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 11-11452-TPA |
| | : | |
| **Brian E Kopta and** | : | |
| **Christine E Kopta,** | : | |
| Debtors, | : | |
| | : | **Chapter 13** |
| **Brian E Kopta and** | : | |
| **Christine E Kopta,** | : | |
| Movants, | : | |
| v. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13, Trustee, | : | |
| Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 23, 2016, at docket numbers 64 and 65 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: September 29, 2016　　　　　　　　　　　　　　　　/s/ Daniel P. Foster, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel P. Foster
　　　　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 92376
　　　　　　　　　　　　　　　　　　　　　　　　　　　Foster Law Offices
　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 814.724.1158
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dan@mrdebtbuster.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

**PAWB Local Form 24 (07/13)**