Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brian E Kopta** | : | Case No. 11–11452–TPA |
| **dba Tall Pine Builders** | : | Chapter: 13 |
| **Christine E Kopta** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 71 |
| | : | |
| v. | : | Hearing Date: 12/21/16 at 12:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this **27th day of October, 2016**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 71 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before December 12, 2016**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **December 21, 2016 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 11-11452-TPA
Brian E Kopta                                                       Chapter 13
Christine E Kopta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: lmar              Page 1 of 3              Date Rcvd: Oct 27, 2016
                             Form ID: 300b           Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
```
db/jdb         +Brian E Kopta,   Christine E Kopta,    102 North Street,    Cochranton, PA 16314-9708
cr             +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,    Columbus, OH 43219-6009
cr             +Northwest Savings Bank,   100 Liberty Avenue,    Drawer 128,    Warren, PA 16365-0128
13172507       +American Express,   P.O. Box 981535,    El Paso, TX 79998-1535
13172508       +American Express,   PO Box 981537,    El Paso, TX 79998-1537
13223993        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13176447       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13172511       +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
13172513       ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                 (address filed with court: Chase,    Po Box 1093,   Northridge, CA 91328)
13172516       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Childrens Place,    Attn.: Centralized Recovery,   Po Box 20363,
                 Kansas City, MO 64195)
13172512       +Capital One Bank (USA) N.A.,    Po Box 30285,   Salt Lake City, UT 84130-0285
13219855        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
13172515       +Chase,   201 North Walnut Street//De1-1027,    Wilmington, DE 19801-2920
13172514       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13220049       +Chase,   P.O. Box 469030,   Glendale, CO 80246-9030
13208994        Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145
13172517       +Citi-bp Oil,   Po Box 6497,   Sioux Falls, SD 57117-6497
13172519       +Cnh Capital America LLC,    233 Lake Avenue,   Racine, WI 53403-1015
13172523       +FIA Card Services,   P.O. Box 15019,    Wilmington, DE 19886-5019
13172527       +FMS, Inc.,   4915 South Union Avenue,    Tulsa, OK 74107-7839
13172528       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Po Box 6275,   Deerborn, MI 48121)
13172522       +Fashion Bug,   PO Box 182273,    Columbus, OH 43218-2273
13172524       +First National Bank Of Pa,    3320 East State Street,    Hermitage, PA 16148-3399
13214454       +First National Bank of Pennsylvania,    ATTENTION: Christine A. Lombardo,
                 4140 East State Street,   Hermitage, PA 16148-3401
13172525       +First Usa Bank N A,   1001 Jefferson Plaza,    Wilmington, DE 19801-1493
13172526       +Fleet Cc/Bank of America,    Attn: Bankruptcy/MC NC4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
13172533       +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5895,   Carol Stream, IL 60197-5895
13352161        JPMorgan Chase Bank, National Association,    c/o Beth L. Slaby, Esquire,   Grenen & Birsic, PC,
                 One Gateway Center, 9th floor,    Pittsburgh, PA   15222
13352160       +JPMorgan Chase Bank, National Association,    700 Kansas Lane, Mail Code LA4-5555,
                 Attn: Correspondence mail,    Monroe, LA 71203-4774
13587845       +Keri P. Ebeck, Esquire,    Weltman, Weinberg, & Reis Co., LPA,   1400 Koppers Bldg.,
                 436 Seventh Avenue,   Pittsburgh, PA 15219-1842
13172539       ++NORTHWEST SAVINGS BANK,   P O BOX 337,    WARREN PA 16365-0337
                 (address filed with court: Northwest Savings Bank,    100 Liberty Street,   Warren, PA 16365)
13172538       +Nextcard,   Po Box 60610,   Phoenix, AZ 85082-0610
13202828       +Northwest Savings Bank,    ATTENTION: Bankruptcy Specialist,    P.O. Box 337,
                 Warren, PA 16365-0337
13172541       #+Nudelman, Klemm & Golub,    425 Eagle Rock Avenue,    Suite 403,   Roseland, NJ 07068-1787
13172542       +Peoples Bank Credit Card Services,    Attn: Bankruptcy,   Po Box 7092 Rccb 0680,
                 Bridgeport, CT 06601-7092
13174944       +RBS Citizens Bank,   480 Jefferson Blvd,    RJE 135,   Warwick RI 02886-1359
13172544       +Sears/cbna,   8725 West Sahara Avenue,    The Lakes, NV 89163-0001
13172545       +Sterling Jewelers,   LeRoy's Jewelers,    38 South Hamilton Road,   Columbus, OH 43213-2013
13172546       +Target National Bank,   C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
                 Minneapolis, MN 55440-9475
13172547       +Three Rivers Bank,   1615 Northland Boulevard,    Fort Wayne, IN 46825-6554
13172532       ++WACHOVIA BANK NA,   MAC X2303-01A,    1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
                 (address filed with court: Homeq,    Attn: Bankruptcy Department,   1100 Corporate Center,
                 Raleigh, NC 27607)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2016 02:24:07
                 PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
13172509        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 28 2016 02:02:36     American Honda Finance,
                 Po Box 168088,   Irving, TX 75016
13172506       +E-mail/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Oct 28 2016 02:03:42     Agri Accept,
                 P.o. Box 2000,   Johnston, IA 50131-0020
13221270        +E-mail/Text: bncmail@w-legal.com Oct 28 2016 02:02:36     CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13197318        +E-mail/Text: bncmail@w-legal.com Oct 28 2016 02:02:36     Candica, L.L.C.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
```

```
District/off: 0315-1           User: lmar                  Page 2 of 3                   Date Rcvd: Oct 27, 2016
                               Form ID: 300b               Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13172520       E-mail/Text: mrdiscen@discover.com Oct 28 2016 02:00:44      Discover Financial,    Po Box 8003,
                Hilliard, OH 43026
13197118       E-mail/Text: mrdiscen@discover.com Oct 28 2016 02:00:44      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13172521      +E-mail/Text: collections@egefcu.org Oct 28 2016 02:02:11      Erie General Electric FCU,
                2154 East Lake Road,    Erie, PA 16511-1140
13172530      +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2016 01:54:26      Gemb/JCPenney,
                Attention:   Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13172531      +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2016 01:54:26      Gemb/walmart,    Po Box 981400,
                El Paso, TX 79998-1400
13385843       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 28 2016 02:02:56      JEFFERSON CAPITAL SYSTEMS LLC,
                PO BOX 7999,    ST CLOUD MN 56302
13172534       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 28 2016 02:01:03       Kohls/capital one,
                N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
13172535       E-mail/Text: bankruptcy@affglo.com Oct 28 2016 02:02:14      Leading Edge Recovery Solutions,
                PO Box 129,    Linden, MI 48451-0129
13172536      +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2016 01:54:25      Lowes / MBGA /,
                Attention:   Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13316855       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2016 02:22:02
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13185451       E-mail/Text: bnc-quantum@quantum3group.com Oct 28 2016 02:01:33       Quantum3 Group LLC,
                PO Box 788,    Kirkland, WA 98083-0788
13172543      +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2016 01:54:27      Sams Club,
                Attention:   Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13279902      +E-mail/Text: bncmail@w-legal.com Oct 28 2016 02:02:36      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13172548      +E-mail/Text: bnc@alltran.com Oct 28 2016 02:00:49      United Recovery Systems, LP,
                5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
13172537       Nelson, Watson  Associates, LLC,    80 Merrimack Street Lower Level,     NJ 08130
cr*           +Candica, L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
cr*          ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,
                ST CLOUD, MN  56302-9617)
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC.,      POB 41067,
                Norfolk, VA  23541)
13179968*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA Card Services, NA as successor in interest to,
                Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE 19886-5102)
13172518*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                Po Box 20507,    Kansas City, MO 64195)
13172549*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Universal/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
13172540*    ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
              (address filed with court: Northwest Savings Bank,    39 South St. Mary Street,
                Saint Marys, PA 15857)
13343366*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                NORFOLK, VA 23541)
13172510      ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
13172529      ##+Frederick J. Hanna & Associates, P.C.,    1427 Roswell Road,    Marietta, GA 30062-3668
                                                                                           TOTALS: 2, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1           User: lmar              Page 3 of 3              Date Rcvd: Oct 27, 2016
                               Form ID: 300b           Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Beth L. Slaby    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
           aporter@clarkhill.com
          Daniel P. Foster    on behalf of Joint Debtor Christine E Kopta dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Brian E Kopta dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          David W. Raphael    on behalf of Creditor     JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Mark G. Claypool    on behalf of Creditor    Northwest Savings Bank mclaypool@kmgslaw.com,
           knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
          Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```