**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

In re:                                                          Case No. 11-11452TPA

     BRIAN E KOPTA
     CHRISTINE E KOPTA
         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/06/2011.

2) The plan was confirmed on 11/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 03/09/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 09/16/2016.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $116,287.62.

10) Amount of unsecured claims discharged without payment: $162,917.36.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $136,302.07 |
| Less amount refunded to debtor | $2,049.38 |

**NET RECEIPTS:** **$134,252.69**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,450.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,531.21 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$6,981.21**

Attorney fees paid and disclosed by debtor:      $650.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AGRICREDIT ACCEPTANCE LLC** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BI | Unsecured | 963.66 | 1,057.10 | 1,057.10 | 209.06 | 0.00 |
| AMERICAN HONDA FINANCE CORP* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA FKA FLEET NB** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 8,132.53 | 8,132.53 | 8,132.53 | 1,608.35 | 0.00 |
| CANDICA LLC | Unsecured | 7,378.00 | 7,414.60 | 7,414.60 | 1,466.37 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 5,473.00 | 5,526.12 | 5,526.12 | 1,092.90 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 17,254.00 | 16,853.64 | 16,853.64 | 3,333.11 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 16,249.00 | 16,533.58 | 16,533.58 | 3,269.82 | 0.00 |
| CHASE/JPMORGAN CHASE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PLACE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CNH CAPITAL AMERICA LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 11,712.00 | 11,676.84 | 11,676.84 | 2,309.31 | 0.00 |
| ERIE GENERAL ELEC FCU (EGEFCU)* | Unsecured | 8,559.00 | 8,458.87 | 8,458.87 | 1,672.90 | 0.00 |
| ERIE GENERAL ELEC FCU (EGEFCU)* | Unsecured | 8,613.80 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES** SCCSR BANK | Unsecured | 7,486.59 | 7,486.59 | 7,486.59 | 1,480.61 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 53,000.00 | 53,666.39 | 0.00 | 29,786.66 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 0.00 | 1,587.92 | 1,587.92 | 1,587.92 | 0.00 |
| FIRST USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FMS, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FREDERICK J HANNA & ASSOCIATES | Unsecured | 7,374.77 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART DC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOMEQ** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 5,984.00 | 5,984.88 | 5,984.88 | 1,183.62 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 187,306.00 | 187,776.89 | 0.00 | 65,049.18 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK | Secured | 0.00 | 1,066.38 | 1,066.38 | 1,066.38 | 0.00 |
| KOHL'S | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LOWES / MBGA++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NELSON WATSON AND ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NEXTCARD MASTER TRUST* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SAVINGS BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SAVINGS BANK** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SAVINGS BANK** | Secured | 1,979.00 | 2,022.50 | 2,022.50 | 2,022.50 | 88.93 |
| NUDELMAN NUDLEMAN & ZIERING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES BANK | Unsecured | 12,965.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 621.62 | 621.62 | 621.62 | 122.93 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 12,841.00 | 12,966.28 | 12,966.28 | 2,564.32 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 9,563.00 | 9,723.02 | 9,723.02 | 1,922.91 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 13,082.14 | 13,082.14 | 13,082.14 | 2,587.24 | 0.00 |
| RBS CITIZENS | Unsecured | 14,392.89 | 14,392.89 | 14,392.89 | 2,846.46 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STERLING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THREE RIVERS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS LP* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL CARD SVCS/CITIBANK | Unsecured | 20,560.00 | NA | NA | 0.00 | 0.00 |
| WFNNB FASHION BUG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $94,835.84 | $0.00 |
| Mortgage Arrearage | $2,654.30 | $2,654.30 | $0.00 |
| Debt Secured by Vehicle | $2,022.50 | $2,022.50 | $88.93 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,676.80** | **$99,512.64** | **$88.93** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$139,910.70** | **$27,669.91** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $6,981.21 |
| Disbursements to Creditors | $127,271.48 |
| **TOTAL DISBURSEMENTS** : | **$134,252.69** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/27/2016                    By: /s/ Ronda J. Winnecour
                                                    Trustee


**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**